Phillip E. Benson, CA Bar #97420
WARREN ■ BENSON Law Group
620 Newport Center Dr., Ste. 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com

Attorneys for *Qui Tam* Plaintiff
Neal Brigner

**FILED**

DEC 23 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* NEAL BRIGNER,<br><br>    Plaintiffs,<br>vs.<br><br>EL CAMINO HOSPITAL,<br><br>    Defendant. | No. C 09-00604 RMW<br><br>**STIPULATION TO UNSEAL AND VOLUNTARILY DISMISS COMPLAINT;**<br><br>[~~PROPOSED~~] **ORDER**<br><br>**FILED UNDER SEAL** |

*Qui Tam* Plaintiff ("Relator") Neal Brigner and the United States, by and through its undersigned counsel of record, hereby agree and stipulate that the complaint should be unsealed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), and further stipulate to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. On February 10, 2009, the Relator filed the complaint under seal pursuant to 31 U.S.C. 3730(b)(2) which states, "[t]he complaint shall be filed in camera, shall remain under seal for at least 60 days and shall not be served on the defendant until the court so orders. [ ] The Government may, for good cause shown, move the court for extensions of the time during which the

STIPULATION AND [~~PROPOSED~~] ORDER, No. C 09-00604 RMW

- 1 -

complaint remains under seal. . . ."

2. On May 7, 2009, pursuant to a stipulation entered into between the United States and the Relator, the Court extended the time during which the complaint remained under seal until October 19, 2009. The purpose of the extended seal was to permit the United States an additional period to continue its investigation of the Relator's allegations.

3. The United States has completed its investigation and has decided not to intervene in this action pursuant to 31 U.S.C. § 3730(b)(4)(B).

4. The United State and Relator agree that the action should be voluntarily dismissed without prejudice. The State of California concurs in this request.

5. The only parties who have appeared in this action are the Relator and the United States.

IT IS SO STIPULATED.

Respectfully Submitted,

WARREN ■ BENSON Law Group

Dated: 10/16/09

By: /s/ P. Benson

Phillip E. Benson
Attorney for *Qui Tam* Plaintiff
Neal Brigner

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 10/16/09

By: /s/
GIOCONDA R. MOLINARI
Assistant United States Attorney
Attorneys for the United States

STIPULATION AND [PROPOSED] ORDER, No. C 09-00604 RMW

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

1. The complaint in this action be unsealed and that the seal be lifted as to all other matters occurring in this action after the date of this order; and that

2. This action is dismissed without prejudice.

Dated: 12/23/09

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE